OPINION — AG — THE AVIATION COMMISSION HAS SOME $6,00 ON DEPOSIT WITH THE STATE TREASURY, AND IN VIEW OF THE FACT THAT THE COMMISSION HAS NO BONDED OFFICER OR EMPLOYEE TO APPROVE CLAIMS, WE NEED TO KNOW WHETHER OR NOT THE COMMISSION MAY SPEND THE SUBJECT FUNDS ? — NEGATIVE (ALL NOT EXECUTE A BOND PAYABLE TO THE STATE IN THE AMOUNT REQUIRED TO BY THE BUDGET DIRECTOR BUT NOT TO EXCEED $25,000) CITE: 3 O.S. 74 [3-74], 69 O.S. 41.26 [69-41.26] (JAMES P. GARRETT)